MARIE S. PATERNO, Respondent, v. MICHAEL E. PATERNO, Appellant,—

Order modified by naming the corespondent in the first issue stated as claimed in the complaint, and in the second issue stated, by confining the issue to the times and places mentioned in the bill of particulars, and as modified affirmed. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.